IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. )
) CASE NO. CR414-02
DONALD HAMILTON, )
)
Defendant. )

## ORDER

Before the Court is Defendant's Notice of Conflict Under Rule 17. (Doc. 58.) In his notice, Defense Counsel purports that he is scheduled to appear in another court on the same date that he is scheduled to appear in this Court for Defendant's revocation hearing. Defense Counsel requests that this Court reschedule Defendant's hearing under Rule 17 of the Uniform Rules of Superior Court. This Court, however, is not bound by the Uniform Rules of Superior Court. Rather, this Court operates under the Local Rules for the Southern District of Georgia. To the extent that Defendant is requesting a scheduling change, Defense Counsel should make any such request in accordance with this Court's local rules.

SO ORDERED this 4th day of January 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA